

# COURT OF APPEALS

CATHERINE STONE
  CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

August 29, 2014

Daniel O. Kustoff
4103 Parkdale Street
San Antonio, TX 78229
* DELIVERED VIA E-MAIL *

Lorien Whyte
6223 IH 10 West
San Antonio, TX 78201
* DELIVERED VIA E-MAIL *

Barry Snell
8626 Tesoro Drive, Suite 500
San Antonio, TX 78217-6233
* DELIVERED VIA E-MAIL *

Melanie H. Phipps
4103 Parkdale Street
San Antonio, TX 78229
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-14-00452-CV, 04-14-00568-CV, 04-14-00597-CV
       Trial Court Case Number:    2014-CI-04333, 2014-CI-04330, 2014-CI-04337
       Style:  Mark Hart and Angelica Hart
               v.
               Flagship Homes, Ltd. d/b/a/ Prestige Homes

               Julian Calderas, Jr. and Erica Calderas
               v.
               Flagship Homes, Ltd. d/b/a Prestige Homes

               Thomas H. Veitch and Anne Veitch
               v.
               Flagship Homes, Ltd. d/b/a Prestige Homes

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Elizabeth Montoya
Deputy Clerk, Ext. 53857

cc: Yvonne O'Bar (DELIVERED VIA E-MAIL)
Donna Kay McKinney (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2014

No. 04-14-00452-CV

Mark **HART** and Angelica Hart,
Appellants

v.

**FLAGSHIP HOMES, LTD.** d/b/a/ Prestige Homes,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04333
Honorable Martha B. Tanner, Judge Presiding


No. 04-14-00568-CV

Julian **CALDERAS**, Jr. and Erica Calderas,
Appellants

v.

**FLAGSHIP HOMES, LTD.** d/b/a Prestige Homes,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04330
Honorable Martha B. Tanner, Judge Presiding


No. 04-14-00597-CV

Thomas H. **VEITCH** and Anne Veitch,
Appellants

v.

**FLAGSHIP HOMES, LTD.** d/b/a/ Prestige Homes,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04337

Honorable Martha B. Tanner, Judge Presiding

# O R D E R

In Appeal Nos. 04-14-00452-CV, 04-14-00568-CV, and 04-14-00597-CV, Appellants Mark and Angelica Hart; Julian and Erica Calderas; and Thomas and Anne Veitch have filed a Joint Unopposed Motion to Consolidate Appeals, requesting that we consolidate Appeal Nos. 04-14-00452-CV, 04-14-00568-CV, and 04-14-00597-CV. Appellants state that all three appeals arise out of the same arbitration proceeding and address the same issues. According to appellants, "[a]ll three underlying proceedings have always been treated by the parties, the trial court, and the arbitrator as one proceeding," and "[c]onsolidation of the appeals will foster judicial economy and limit the amount of resources expended by the parties in these appeals." Therefore, we agree that in the interest of efficient administration, all three appeals should be consolidated for purposes of briefing and argument. We GRANT appellants' unopposed motion to consolidate.

We ORDER Nos. 04-14-00452-CV, 04-14-00568-CV, and 04-14-00597-CV consolidated for purposes of briefing and argument on appeal. The parties must file motions, briefs, and other pleadings as if the appeals were one but put all three appeal numbers in the style of the case. However, a record must be filed in each appeal, and the record in each case will remain separate. If supplementation of the record becomes necessary, the supplemental material must be filed in the appeal to which it applies.

The appellate record has been filed in Appeal Nos. 04-14-00452-CV and 04-14-00568-CV. However, the reporter's record has not yet been filed in Appeal No. 04-14-00597-CV. Appellants note that the reporter's record is the same in all three appeals. We therefore ORDER the Clerk of this Court to copy the reporter's record in Appeal No. 04-14-00452-CV, which is the same as the one in Appeal No. 04-14-00568-CV, and place that copy in Appeal No. 04-14-00597-CV.

We further ORDER that all three appeals must be argued together in one brief, as in a single appeal, and if oral argument is requested and granted, the total time limit for each side at oral argument shall equal the ordinary time limit for a single appeal. This Court will dispose of all appeals with the same judgment, opinion, and mandate.

In their motion, appellants requested that upon consolidation, we impose a new briefing deadline. Having granted appellants' motion, we ORDER appellants to file their brief on or before September 18, 2014.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2014.

Keith E. Hottle
Clerk of Court